IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| **JOSE LUIS GOMEZ-ARREOLA,** | Case No. 2:25-cv-02695-EFB |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| **v.** | |
| **MARTIN GAMOA, et al.,** | |
| Respondent. | |

GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The Respondent's Answer to Petition for Writ of Habeas Corpus shall be filed on or before February 18, 2026

Dated:  January 23, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

~~[Proposed]~~ Order (2:25-cv-02695-EFB)