3ORIGINAL

Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690
email: beleslaw@yahoo.com

Attorney for *Petitioner*
JOSE LUIS GOMEZ-ARREOLA

United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse — Sacramento

JOSE LUIS GOMEZ-ARREOLA,

      *Petitioner*,
   vs.

MARTIN GAMBOA, Warden, Avenal State Prison, California,

      *Respondent*.

PEOPLE OF THE STATE OF CALIFORNIA,

      *Real Party in Interest*.

No. 2:25-cv-02695-DAD-EFB

ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM

*(Unopposed)*

**ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, and the motion being unopposed, this court grants petitioner a 30 day extension of time to file the traverse and reply memorandum, from Wednesday, April 15, 2026, to and including Friday, May 15, 2026.

Dated: Sacramento, California, April 14, 2026

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

Order Granting Extension of Time to File Traverse and Reply Memorandum