Law Offices of Beles & Beles
Robert J. Beles Bar no. 41993
One Kaiser Plaza, Suite 2300
Oakland, California 94612-3642
Tel No. (510) 836-0100
Fax. No. (510) 832-3690

Attorney for *Petitioner*
JOSE LUIS GOMEZ-ARREOLA

United States District Court
Eastern District of California
Robert T. Matsui United States Courthouse — Sacramento

| | |
|---|---|
| JOSE LUIS GOMEZ-ARREOLA, | No. 2:25-cv-02695-DAD-EFB |
| *Petitioner*, | ~~PROPOSED~~ ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND REPLY MEMORANDUM |
| vs. | |
| MARTIN GAMBOA, Warden, Avenal State Prison, California, | *(Unopposed)* |
| *Respondent,* | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| *Real Party in Interest.* | |

**PROPOSED ORDER GRANTING EXTENSION OF
TIME TO FILE TRAVERSE AND REPLY MEMORANDUM**

Good cause appearing, this court grants petitioner a 30 day extension of time to file the traverse and reply memorandum, from Monday, June 15, 2026, to and including Wednesday, July 15, 2026.

Dated: Sacramento, California, June 18, 2026

_____
Edmund F. Brennan
United States District Magistrate Judge

~~Proposed~~ Order Granting Extension Of Time To File Traverse And Reply Memorandum